UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)  No. 1:16-cr-00110-PB-01<br>JOSEPH BOUCHER )<br>) | |

INFORMATION

The United States Attorney Charges:

COUNT ONE
[Possession of a Listed Chemical with Knowledge,
or Reason to Know, of its Wrongful Intended Use]
[21 U.S.C. § 841(c)(2)]

On or about May 20, 2015, in the District of New Hampshire, the defendant,

JOSEPH BOUCHER,

knowingly and intentionally possessed pseudoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture methamphetamine, a Schedule II controlled substance, in a manner other than as authorized by Title 21, United States Code, Sections 801 through 971.

All in violation of Title 21, United States Code, Section 841(c)(2).

October 25, 2017

JOHN J. FARLEY
Acting United States Attorney

By: *(signature)*
Jennifer Cole Davis
Assistant U.S. Attorney